# FORM  B

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### for the

Eric Todd Lyvers
_____
Plaintiff

v.

James Newkirk
_____
Defendant

)
)
)
)
)
)
)
)

Civil Action No. 1:15-CV-96-GNS

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

James Newkirk
3119 Nashville Rd.
Bowling Green, ky

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                              *Signature of Clerk or Deputy Clerk*

# FORM B

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

for the

Eric Todd Lyvers
_____
Plaintiff
)
)
)
)
v.                                          )    Civil Action No. 1:15-cv-96-GNS
)
Wally Ritter                                )
_____
Defendant
)
)

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Wally Ritter
P.O. Box 100
Brownsville, Ky 42210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                              *Signature of Clerk or Deputy Clerk*

**FORM B**

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the

Eric Todd Lyvers )
Plaintiff )
)
v. )   Civil Action No. 1:15-CV-96-GNS
)
Jordan Jones )
Defendant )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Jordan Jones
P.O. Box 100
Brownsville, Ky 42210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                *Signature of Clerk or Deputy Clerk*

# FORM B

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

### for the

Eric Todd Lyvers
_____
_Plaintiff_
)
)
)
)
)
)
)
)

v.

Tim Coleman
_____
_Defendant_

Civil Action No. 1:15-CV-96-GNS

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Tim Coleman
P.O Box 1038
Morgantown, KY 42261

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____       _____
                              _Signature of Clerk or Deputy Clerk_

# FORM B

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### for the

Eric Todd Lyvers )
Plaintiff )
)
v. ) Civil Action No. 1:15-CV-96-GNS
)
Sam Lowe )
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Sam Lowe
1001 Center St. Suite 301
Bowling Green, Ky. 42101-2192

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*